O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROY ROYBAL, | ) | Case No. CV 10-1282-DMG (OP) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| S. A. HOLINCIK, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1      IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) conditionally granting the Petition, releasing and discharging Petitioner from his sentence unless, within ninety (90) days of the date of entry of the Judgment herein, Petitioner is brought before the Parole Commission for a noticed hearing to recalculate Petitioner's sentence in a manner consistent with the findings and recommendations herein.

DATED: September 22, 2011

_____
DOLLY M. GEE
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge