JS - 6

# O

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROY ROYBAL,

              Petitioner,

     v.

S. A. HOLINCIK, Warden, et al.,

              Respondents.

        Case No. CV 10-1282-DMG  (OP)

        J U D G M E N T

        Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is conditionally granted.

DATED:  September 22, 2011

DOLLY M. GEE
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge